# EXHIBIT A

Case 1:08-cv-00716-ESH   Document 6-1   Filed 11/05/08   Page 2 of 4
Case 1:08-cv-00716-ESH   Document 1   Filed 04/25/2008   Page 22 of 24
Case 1:06-cv-00721-ESH   Document 15   Filed 02/25/2008   Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELISA NILI CIRILO PERES BEN-RAFAEL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, *et al.*, <br><br> Defendants. | Civil Action No. 06-00721 (ESH) |

## DEFAULT JUDGMENT

Pursuant to Fed. R. Civ. P. 58, and for the reasons stated by the Court in its Memorandum Opinion, it is hereby

**ORDERED** that the Court enters final judgment against defendants the Islamic Republic of Iran ("Iran") and the Ministry of Information and Security of Iran ("MOIS"), jointly and severally, and in favor of plaintiff Elisa Nili Cirilo Peres Ben-Rafael for damages in the amount of $13,516,839.00, including $5,000,000.00 to plaintiff in her individual capacity for intentional infliction of emotional distress, $4,785,000.00 for prejudgment interest, and $3,731,839.00 to plaintiff as executor of the estate of her husband, David Ben-Rafael, for his wrongful death.

**ORDERED** that the Court enters final judgment against defendants the Islamic Republic of Iran ("Iran") and the Ministry of Information and Security of Iran ("MOIS"), jointly and severally, and in favor of plaintiff Elisa Nili Cirilo Peres Ben-Rafael in her capacity as guardian of her minor son, Yonatan Mishael Ben-Rafael. The Court awards damages for the sole benefit of the minor child in the amount of $9,785,000.00, including $5,000,000.00 for intentional infliction of emotional distress and $4,785,000.00 for prejudgment interest.

**ORDERED** that the Court enters final judgment against defendants the Islamic Republic of Iran ("Iran") and the Ministry of Information and Security of Iran ("MOIS"), jointly and severally, and in favor of plaintiff Ralph I. Goldman for damages in the amount of $19,570,000.00, including $5,000,000.00 to plaintiff in his individual capacity for intentional infliction of emotional distress, $4,785,000.00 for prejudgment interest, $5,000,000.00 to plaintiff as executor of the estate of his wife, Helen Goldman, for intentional infliction of emotional distress, and $4,785,000.00 to plaintiff as executor of the estate of his wife, Helen Goldman, for prejudgment interest.

**ORDERED** that the Court enters final judgment against defendants the Islamic Republic of Iran ("Iran") and the Ministry of Information and Security of Iran ("MOIS"), jointly and severally, and in favor of plaintiff Noa Ruth Ben-Rafael[1] for damages in the amount of $9,785,000.00, including $5,000,000.00 for intentional infliction of emotional distress and $4,785,000.00 for prejudgment interest.

**ORDERED** that the Court enters final judgment against defendants the Islamic Republic of Iran ("Iran") and the Ministry of Information and Security of Iran ("MOIS"), jointly and severally, and in favor of plaintiff Judith Goldman Baumgold for damages in the amount of $4,892,500.00, including $2,500,000.00 for intentional infliction of emotional distress and $2,392,500.00 for prejudgment interest.

**ORDERED** that the Court enters final judgment against defendants the Islamic Republic

---

[1] Noa Ruth Ben-Rafael was a minor when plaintiffs filed their complaint on April 21, 2006; however, Noa Ruth Ben-Rafael has reached the age of majority under District of Columbia law. See D.C. Code Ann. § 46-101 (2001). Therefore, the Court recognizes Noa Ruth Ben-Rafael as a separate plaintiff in this action.

2

of Iran ("Iran") and the Ministry of Information and Security of Iran ("MOIS"), jointly and severally, and in favor of plaintiff Naomi L. Goldman for damages in the amount of $4,892,500.00, including $2,500,000.00 for intentional infliction of emotional distress and $2,392,500.00 for prejudgment interest.

**ORDERED** that the Clerk of the Court is to arrange for this Order to be translated into Farsi and cause a copy of the Order and translation thereof to be transmitted to the United States Department of State for service upon defendants the Islamic Republic of Iran ("Iran") and the Ministry of Information and Security of Iran ("MOIS") through diplomatic channels.

**SO ORDERED.**

/s/

ELLEN SEGAL HUVELLE
United States District Judge

Date: February 25, 2008