

**United States Department of State**

*Washington, D.C. 20520*

January 14, 2010

Ms. Nancy Mayer-Whittington
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RECEIVED

JAN 19 2010

Clerk, U.S. District and
Bankruptcy Courts

Re: **Elisa Ben-Rafael, et al. v. Islamic Republic
of Iran, et al., Case No. 1:08CV00716** ESH

Dear Ms. Mayer-Whittington:

I am writing regarding the Court's request for service of summonses, complaints and notices of suit pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. 1608(a)(4), upon defendants the Islamic Republic of Iran and the Iranian Revolutionary Guard Corps in the above mentioned lawsuit.

Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the U.S. Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were transmitted to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes, numbers 1079-IE and 1080-IE, dated and delivered September 8, 2009. Please find the enclosed certified copies of the diplomatic notes used to transmit these documents. Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison

Enclosures As Stated

Cc:  Emil Hirsch
     O'Connor & Hannan, LLP
     1666 K Street, NW
     Suite 500
     Washington, DC 20006

SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland           )
rn, Canton of Bern                   ) SS:
bassy of the United States of America )

ertify that the annexed document is executed by the
uine signature and seal of the following named official
, in an official capacity, is empowered by the laws of
tzerland to execute that document.

ertify under penalty of perjury under the laws of the
ted States that the foregoing is true and correct.

_____Ruth EGGER_____
ped name of Official who executed the annexed document)

_____
(Signature of Consular Officer)

_____John M. GRONDELSKI_____
(Typed name of Consular Officer)

Consul of the United States of America
       (Title of Consular Officer)

December 30, 2009
      (Date)

SPECIFIC AUTHENTICATION CERTIFICATE

onfederation of Switzerland            )
ern, Canton of Bern                    ) SS:
mbassy of the United States of America )

certify that the annexed document is executed by the
nuine signature and seal of the following named official
o, in an official capacity, is empowered by the laws of
itzerland to execute that document.

certify under penalty of perjury under the laws of the
ited States that the foregoing is true and correct.

Ruth EGGER
yped name of Official who executed the annexed document)

(Signature of Consular Officer)

John M. GRONDELSKI
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

December 30, 2009
(Date)

SPECIFIC AUTHENTICATION CERTIFICATE

federation of Switzerland           )
n, Canton of Bern                   ) SS:
assy of the United States of America )

rtify that the annexed document bears the genuine seal
he Swiss Federal Department of Foreign Affairs.

rtify under penalty of perjury under the laws of the
ed States that the foregoing is true and correct.

_____
(Signature of Consular Officer)


John M. GRONDELSKI
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


December 30, 2009
(Date)

SPECIFIC AUTHENTICATION CERTIFICATE

[Con]federation of Switzerland            )
[Ber]n, Canton of Bern                    ) SS:
[Emb]assy of the United States of America )

[J]ohn M. Grondelski, a consular officer at the Embassy of [the] United States at Bern, Switzerland, certify that this [is a] true copy of Embassy note number 18295 dated September [2]009, which was transmitted to the Swiss Ministry of [For]eign Affairs on September 3, 2009 for further [tran]smission to the American Interests Section of the Swiss [Emb]assy in Tehran, Iran.

_____
(Signature of Consular Officer)

John M. GRONDELSKI
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

December 30, 2009
(Date)