UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELISA NILI CIRILO PERES BEN-RAFAEL, ET AL., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ISLAMIC REPUBLIC OF IRAN, ET AL., | ) ) ) |
| Defendants. | ) ) ) |

Civil Action No. 08-0716 (ESH)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Court confirms and reenters default judgment against defendant the Islamic Republic of Iran ("Iran") and in favor of plaintiffs as entered in *Ben-Rafael v. Islamic Republic of Iran*, No. 06-CV-00721 (ESH) [Dkt. No. 15], February 25, 2008, paras. 1-6; it is further

**ORDERED** that the Clerk of the Court is to enter this Order as final judgment as to defendant the Islamic Republic of Iran ("Iran"); it is further

**ORDERED** that plaintiffs' application for default judgment against defendant Islamic Revolutionary Guard Corps ("IRGC") is **DENIED**; it is further

**ORDERED** that the Clerk of the Court is to arrange for this Order to be translated into Farsi and cause a copy of the Order and translation thereof to be transmitted to the United States Department of State for service upon defendants the Islamic Republic of Iran ("Iran") and the Islamic Revolutionary Guard Corps ("IRGC") through diplomatic channel; it is further

**ORDERED** that the claims against IRGC are **DISMISSED**; it is further

**ORDERED** that the claims against the remaining defendants are **DISMISSED** without prejudice for failure to prosecute; and it is further

**ORDERED** that the above-captioned case is **DISMISSED**.

                /s/
               ELLEN SEGAL HUVELLE
               United States District Judge

Dated:   June 18, 2010