UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELISA NILI CIRILO PERES BEN-RAFAEL, Individually and as Next of Kin of Yonatan Mishael Ben-Rafael and Noa Ben-Rafael, minors, and as Executor of the Estate of David Ben-Rafael, RALPH I. GOLDMAN, Individually and as Executor of the Estate of Helen Goldman, JUDITH GOLDMAN BAUMGOLD, AND NAOMI GOLDMAN,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN AND MINISTRY OF INFORMATION AND SECURITY OF IRAN,<br><br>Defendants. | Case No. 08-00716 (ESH)<br><br>**FILED**<br>JUL 0 2 2012<br>Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

ORDER

. This matter is before the Court upon Motion of Judgment Creditors for an Order Authorizing Judgment Creditors to Pursue Attachments in Aid of Execution of the Judgment entered by this Court against the Islamic Republic of Iran. Iran's Ministry of Foreign Affairs was presented with all relevant documents on May 16, 2012 by the U.S. Interests Section of the Embassy of Switzerland. The Court finds, based on Iran's refusal to accept service in this matter, its refusal to accept service historically, and the passage of more than six weeks since Iran refused service that a reasonable period of time has elapsed following the attempted delivery of the default judgment by diplomatic process. The Court further finds that good cause having been shown, it is this ___2___ day of ___July___, 2012,

**ORDERED,** that the Judgment Creditors' Motion is GRANTED; and it is further

**ORDERED**, that the Judgment Creditors are authorized to pursue attachments of Defendant Islamic Republic of Iran's commercial property in aid of execution of the Default Judgment Order and the Final Order regarding property of Defendant Islamic Republic of Iran where such action was brought under 28 U.S.C. §1605A.

**SO ORDERED.**

_____
ELLEN SEGAL HUVELLE
United States District Judge